UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COLLEEN MACORT and ACCESS NOW,
INC.,

        Plaintiffs,

v.                                 Case No.   2:03-cv-110-FtM-33SPC

SOUTH FLORIDA BARBEQUE, INC., a
Florida corporation,

        Defendant.
_____

## ORDER

This matter is before the Court on consideration of United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #44), entered on June 9, 2005, recommending that Plaintiffs' Motion for Attorneys' and Expert's Fees, Litigation Expenses and Costs (Doc. #42) be granted. In the Report and Recommendation (Doc. #42), the magistrate judge recommends that the Court award $6,510.00 in attorneys' fees and $2,129.48 for costs, for a total award of $8,639.48. Plaintiff has filed a Limited Objection (Doc. #45) to the Report and Recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983). A district judge "shall make a de novo determination of those portions of the report or

specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

In his request for fees, Plaintiffs' counsel argues that an hourly rate of $280.00 is appropriate. (Doc. #42 at 5.) Noting that over two thirds of the attorneys practicing in the Fort Myers region charge between $125.00 and $225.00 per hour and that only eighteen percent charge $250.00 or more, the Report and Recommendation awarded Plaintiffs' counsel the hourly rate of $175.00. (Doc. #44 at 3.) This Court agrees that given the range of fees charged in this area, as well as the level of difficulty of this matter, that an hourly award of $175.00 is appropriate.

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation (Doc. #44) and Plaintiffs' Limited Objection (Doc. #45), the Court accepts the Report and Recommendation of United States Magistrate Judge Sheri

Polster Chappell.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED**:

1. United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #44) is **ACCEPTED** and **ADOPTED**.

2. Plaintiffs' Motion for Attorneys' and Expert's Fees, Litigation Expenses and Costs (Doc. #42) is **GRANTED**, and the Plaintiffs are hereby awarded $6,510.00 in attorneys' fees and $2,129.48 for costs, for a total award of $8,639.48.

3. The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 21st day of June, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record